

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00374-CV

**IN THE INTEREST OF C.K.** and K.K., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01782
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs. No costs of court are taxed in this appeal.

SIGNED October 10, 2018.

_____
Patricia O. Alvarez, Justice